FILED

11 AUG 24 AM 9:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PABLO AGRIO,** | CASE NO. 09cv2712-WMc |
| Petitioner, | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| vs. | |
| **JOHN MARSHALL**, Warden, et al., | |
| Respondents. | |

On July 13, 2011, this Court entered judgment denying petitioner's writ of habeas corpus. [Doc. No. 16.] After reviewing the record, the Court finds good cause to deny a certificate of appealability.

Rule 11 of the Federal Rules Governing Section 2254 Cases states, "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A certificate of appealability should be issued only where the petition presents "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this threshold showing, Petitioner must show: (1) the issues are debatable among jurists of reason, (2) a court could resolve the issues in a different manner, or (3) the questions are adequate to deserve encouragement to proceed further. *Lambright v. Stewart*, 220 F.3d 1022, 1024-25 (9th Cir. 2000) (*citing Slack v. McDaniel*, 529 U.S. 473 (2000); *Barefoot v. Estelle*, 463 U.S. 880 (1983)).

Here, the Court finds the issues are not debatable among jurists of reason, nor could the issues be resolved in a different manner. The Supreme Court's holding in *Swarthout v. Cooke*, 131 S. Ct. 859 (2011) places Agrio's claims beyond reasonable debate or alternative resolution because

1  Agrio raised only substantive, as opposed to procedural, challenges to his parole hearing. Likewise,
2  the questions presented here do not deserve encouragement to proceed further. Accordingly, the
3  Court **DENIES** a certificate of appealability.
4      **IT IS SO ORDERED**.
5  Date: August 23, 2011

*[signature]*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court